# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-0182
LT Case No. 2020-11166-CIDL

_____

ALEX J. KENNEDY,

 Appellant,

 v.

THE SCHOOL BOARD OF VOLUSIA
COUNTY,

 Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Kathryn D. Weston, Judge.

Samuel Alexander, of Alexander Appellate Law, P,A., Deland, for
Appellant.

Gregory A. Hearing, of Sacha Dyson, and Kevin M. Sullivan, of
GrayRobinson, P.A., Tampa, for Appellee.

June 4, 2024

PER CURIAM.

 AFFIRMED.

EISNAUGLE, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____